KYH: JGO/USAO#2024R00093

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CRIMINAL NO. ELH-25-373 |
| v. | (Possession with the Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1); Aiding & Abetting, 18 U.S.C. § 2; Forfeiture, 21 U.S.C. §§ 853, 28 U.S.C. § 2461(c)) |
| **VERNON HADLEY,** | |
| Defendant. | |

## INDICTMENT

### COUNT ONE
(Possession with Intent to Distribute a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about February 15, 2024, in the District of Maryland, the defendant,

**VERNON HADLEY,**

did knowingly and intentionally possess with the intent to distribute a quantity of a mixture or substance containing a detectable amount of oxycodone, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT TWO
### (Possession with Intent to Distribute a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about February 21, 2024, in the District of Maryland, the defendant,

**VERNON HADLEY,**

did knowingly and intentionally possess with the intent to distribute a quantity of a mixture or substance containing a detectable amount of oxycodone, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c), in the event of the defendants' convictions under any of the offenses alleged in Counts One and Two of this Indictment.

### Narcotics Forfeiture

1. Upon conviction of an offense alleged in Counts One through Two of this Indictment, the defendants shall forfeit to the United States of America, pursuant to 21 U.S.C. § 853(a):

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s); and

   b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense(s).

### Substitute Assets

2. If any of the property described above, as a result of any act or omission of any defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

21 U.S.C. § 853
28 U.S.C. § 2461(c)

Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

12/3/25
Date