IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * |
|---|---|
| v. | * Case No. ELH-25-373 |
| VERNON HADLEY, | * |
| Defendant. | * |

*******

## MOTION TO UNSEAL INDICTMENT

The United States of America, by its undersigned counsel, moves this Honorable Court to order and direct that the ~~complaint~~ _Indictment_ in this matter be fully unsealed as the defendant is now in custody.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: James O'Donohue
Assistant United States Attorney

ORDERED as prayed this 16th day of December, 2025, that the indictment in the above-captioned case be fully unsealed.

Honorable Chelsea J. Crawford
United States Magistrate Judge